STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CIVIL ACTION
                                                  DOCKET NO. CR-17-859

STATE OF MAINE

v.                                                ORDER ON MOTION TO DISMISS AND
                                                  MOTION FOR BILL OF PARTICULARS
MATTHEW BRASIER,

     Defendant

Before the court is defendant's motion to dismiss the indictment and motion for a bill of particulars. Defendant argues the State must identify a particular date or time on which defendant allegedly committed the offenses as opposed to "on or about August 15, 2016 and October 15, 2016." The State argues that although defendant and the alleged victim signed a contract on a certain date, they were in continuous discussion and negotiation regarding the work to be completed during the time period alleged in the indictment.

Defendant has received discovery and, based on the State's theory of the case, can use the information provided to "prepare an adequate defense, to avoid prejudicial surprise at trial, and to establish a record upon which to plead double jeopardy if necessary." State v. Flynn, 2015 ME 149, ¶ 27, 127 A.3d 1239; see State v. Varney, 641 A.2d 185, 186 (Me. 1994) (State is "not required to file a bill of particulars when it cannot pinpoint the date of an alleged offense with any greater specificity than it has in the indictment.") (citation and internal quotation omitted).

The entry is:

     Defendant's Motion to Dismiss and Motion for Bill of Particulars
     are DENIED.

Date:  June 20, 2017

                                     Nancy Mills
                                     Justice, Superior Court

1

STATE OF MAINE
vs
MATTHEW A BRASIER
53 MOUNTAIN ROAD
ALFRED ME 04002

CRIMINAL DOCKET
CUMBERLAND, ss.
Docket No    CUMCD-CR-2017-00859

**DOCKET RECORD**

DOB: 11/30/1974
Attorney:     PATRICK GORDON                          State's Attorney:     AMANDA DOHERTY
              FAIRFIELD & ASSOCIATES PA
              10 STONEY BROOK LANE
              LYMAN ME 04002
              APPOINTED 03/08/2017

Filing Document:     INDICTMENT                     Major Case Type:  FELONY (CLASS A,B,C)
Filing Date:         02/14/2017

**Charge(s)**

1   HOME REPAIR FRAUD                                  08/15/2016     CAPE ELIZABETH
Seq 4570          17-A   908(1)(C)          Class D
KENNEDY                            /     CAP
2   THEFT BY DECEPTION                                 08/15/2016     CAPE ELIZABETH
Seq 8434          17-A   354(1)(B)(4)       Class C
KENNEDY                            /     CAP

**Docket Events:**

02/15/2017  FILING DOCUMENT - INDICTMENT FILED ON 02/14/2017


02/15/2017  BAIL BOND - $7,000.00 CASH BAIL BOND SET BY COURT ON 02/14/2017

            ANDREW  HORTON , JUSTICE
            $7000 CASH BAIL. NO CONTACT DIRECT OR INDIRECT WITH GINGER COTE.
02/15/2017  WARRANT - $7,000.00 ON COMP/INDICTMENT ORDERED ON 02/14/2017

            ANDREW  HORTON , JUSTICE
            $7000 CASH BAIL. NO CONTACT DIRECT OR INDIRECT WITH GINGER COTE.
02/15/2017  WARRANT - $7,000.00 ON COMP/INDICTMENT ISSUED ON 02/15/2017


            $7000 CASH BAIL. NO CONTACT DIRECT OR INDIRECT WITH GINGER COTE.
03/02/2017  WARRANT - ON COMP/INDICTMENT EXECUTED BY AGENCY ON 03/02/2017 at 08:22 p.m.


03/08/2017  Charge(s):  1,2
            HEARING - ARRAIGNMENT SCHEDULED FOR 03/08/2017 at 01:00 p.m. in Room No.  1


03/09/2017  Charge(s):  1,2
            HEARING - ARRAIGNMENT HELD ON 03/08/2017
            THOMAS D WARREN , JUSTICE
            DA: STEPHANIE ANDERSON
            Defendant Present in Court
            DEFENDANT INFORMED OF CHARGES.                         FTR1
03/09/2017  Charge(s):  1,2
            PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 03/08/2017
            THOMAS D WARREN , JUSTICE
03/09/2017  Charge(s):  1,2
            HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/18/2017 at 10:00 a.m. in Room No.  7


03/09/2017  Charge(s):  1,2
            TRIAL - JURY TRIAL SCHEDULED FOR 07/24/2017 at 08:30 a.m. in Room No.  11


            NOTICE TO PARTIES/COUNSEL
03/09/2017  BAIL BOND - $500.00 CASH BAIL BOND SET BY COURT ON 03/08/2017

            THOMAS D WARREN , JUSTICE

03/09/2017 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/08/2017

THOMAS D WARREN , JUSTICE
COPY TO PARTIES/COUNSEL

03/09/2017 Party(s): MATTHEW A BRASIER
ATTORNEY - APPOINTED ORDERED ON 03/08/2017

Attorney: PATRICK GORDON

03/13/2017 BAIL BOND - $500.00 CASH BAIL BOND FILED ON 03/10/2017

Bail Receipt Type: CR
Bail Amt: $500
Receipt Type: CK
Date Bailed: 03/08/2017      Prvdr Name: STEPHANIE JALBERT
                             Rtrn Name:  STEPHANIE JALBERT
      409                        3RD PARTY DOB 4-2-75

05/19/2017 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE CONTINUED ON 05/18/2017 at 10:00 a.m. in Room No. 7

PAUL A FRITZSCHE , JUSTICE
FTR 7

05/19/2017 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 05/25/2017 at 10:00 a.m. in Room No. 7

05/19/2017 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 05/19/2017

JIM PAUL TURCOTTE , ASSISTANT CLERK

05/25/2017 Charge(s): 1,2
HEARING - DISPOSITIONAL CONFERENCE HELD ON 05/25/2017

PAUL A FRITZSCHE , JUSTICE

Attorney: CORY MCKENNA

DA: AMANDA DOHERTY

CONF HELD, OFFER MADE. MOTIONS FILED. TO BE HEARD 6-13

05/25/2017 MOTION - MOTION TO DISMISS FILED BY DEFENDANT ON 05/25/2017

AND MOTION FOR BILL OF PARTICULARS

05/25/2017 Charge(s): 1,2
HEARING - MOTION TO DISMISS SCHEDULED FOR 06/13/2017 at 01:00 p.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL

05/25/2017 Charge(s): 1,2
HEARING - MOTION TO DISMISS NOTICE SENT ON 05/25/2017

06/14/2017 Charge(s): 1,2
HEARING - MOTION TO DISMISS HELD ON 06/13/2017 at 01:00 p.m. in Room No. 1

NANCY MILLS , JUSTICE

Attorney: CORY MCKENNA

DA: AMANDA DOHERTY

Defendant Present in Court

FTR 1

06/14/2017 MOTION - MOTION TO DISMISS UNDER ADVISEMENT ON 06/13/2017

NANCY MILLS , JUSTICE

06/27/2017 MOTION - MOTION TO DISMISS DENIED ON 06/27/2017

NANCY MILLS , JUSTICE

COPY TO PARTIES/COUNSEL

06/27/2017 ORDER - COURT ORDER FILED ON 06/27/2017

NANCY MILLS , JUSTICE

06/27/2017 ORDER - COURT ORDER ENTERED ON 06/27/2017

NANCY MILLS , JUSTICE

ORDER ON MOTION TO DISMISS AND MOTION FOR BILL OF PARTICULARS IS DENIED. PLEASE SEE ORDER IN FILE

A TRUE COPY

ATTEST: _____

Clerk